Holmes JONES, respondent, v. Lilla M. BALDWIN–DEVINE, appellant. (Supreme Court, Appellate Division, Second Department. February 4, 1916.) Motions denied.

Frederick A. JONES v. STANDARD PLUNGER ELEVATOR CO. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Motion to dismiss appeal granted, with $10 costs. Opinion per curiam. Order filed. Motion to amend order denied, with $10 costs. Order filed.

John R. JONES, Respt., v. Solomon L. YOUNGENTOB, Applt. (Supreme Court, Appellate Division, First Department. March 3, 1916.) Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $500, in which event the judgment, as so modified, and order affirmed, with costs of appeal to respondent. No opinion. Settle order on notice.

J. P. DUFFY COMPANY, Respt., v. STAPLETON NATIONAL BANK, impld., Applt. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Judgment modified, by striking out extra allowance, and as modified, affirmed, with one bill of costs to respondents. No opinion. Settle order on notice.

In the Matter of the application of William H. JUDSON and Edward Herrick, as executors, etc., of Horatio Rowe, deceased, etc. (Supreme Court, Appellate Division, Second Department. February 11, 1916.) Decree of the Surrogate's Court of Dutchess County affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

Stephen JULIANO, respondent, v. John SCHETTINO and Maria Schettino, appellants, impleaded with others. (Supreme Court, Appellate Division, Second Department. February 4, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Hyman KALIK, Respt., v. Lorenzo HOLLAND and ano., Applts. (Supreme Court, Appellate Division, First Department. February 18, 1916.) Order affirmed, with $10 costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of costs. No opinion. Order filed.

Frederick E. KALKBRENNER, as Trustee, etc., of Carl Hugo A. Wesch, deceased, respondent, v. MECHANICS' BANK, Brooklyn, appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

Lydia H. KANE et al. v. Mary J. ODELL et al. (Supreme Court, Appellate Division,

First Department. March 24, 1916.) Motion granted to extent of vacating stay. Settle order on notice.

Julia KEEL, as adm'x, v. JOBSON–GIFFORD CO., impld. (Supreme Court, Appellate Division, First Department. March 10, 1916.) Motion granted, with $10 costs. Order filed.

Patrick KELLY v. Joseph F. MULQUEEN. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion granted, with $10 costs. Order filed.

Julia R. KELSEY v. William BRADLEY. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion to correct record granted. Settle order on notice.

Julia R. KELSEY, Respt., v. William BRADLEY, Applt. (Supreme Court, Appellate Division, First Department. March 3, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Otto KEMMERER, Applt., v. UNION RAILWAY CO. OF NEW YORK CITY, Respt. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Solomon S. KEMPNER, Louis Kempner, and Velma Kempner, respts., v. The HANNAN & HENRY MOTOR CAR COMPANY, applt. (Supreme Court, Appellate Division, Third Department. March 8, 1916.) Judgment affirmed, with costs. All concur, except Kellogg, P. J., dissenting.

Joseph S. KENNARD, Applt., v. Franklin BRANDRETH et al., Respts. (Supreme Court, Appellate Division, First Department. March 3, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

KENSICO CEMETERY, respondent, v. Florence C. CARPENTER et al., respondents; Orlando T. Carpenter, as one of the executors of the Last Will and Testament of Reese Carpenter, deceased, appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Joseph L. KERNAN v. Warren A. MILLER and ano. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Motion granted, with $10 costs. Order filed.

Edward J. KEUCHLE, Respt., v. J. Parker SLOANE and ano., Applts. (Supreme Court, Appellate Division, First Department. February 4, 1916.) Judgment affirmed, with costs, with leave to defendants to withdraw demurrer on payment of costs. No opinion. Order filed.

In the Matter of Robert S. KING, an attorney. (Supreme Court, Appellate Division, Sec-

ond Department. March 3, 1916.) Matter referred to Hon. Josiah T. Marean as official referee.

---

KING COLLAR BUTTON CO., Respt., v. Arnold C. MESSLER, impleaded, etc., Applt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

---

John A. KINGSBURY, Com'r, etc., Respt., v. Julian BLUM, Applt. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Judgment affirmed. No opinion. Order filed.

---

Benjamin R. KITTRIDGE, Respt., v. William G. LANGLEY, impld., Applt. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

---

Henry W. KNIGHT, Respondent, v. The REVIEWS OF REVIEWS COMPANY, Appellant. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Appeal from Special Term, New York County. The order appealed from denied defendant's motion to vacate an order for examination of defendant before trial.

PER CURIAM. The order appealed from should be modified, by striking out therefrom the words, "pursuant to the terms of the said order of December 21, 1915," and adding after the words "submit to an examination" the following: "Concerning the issues raised by the pleadings herein as to the fact of plaintiff's employment, by whom employed, the nature of the services rendered by him, and the reasonable value thereof"—and, as so modified, affirmed, with $10 costs and disbursements to the appellant. Settle order on notice.

---

Esther KOBRIN, Applt., v. INTERBORO RAPID TRANSIT CO., Respt. (Supreme Court, Appellate Division, First Department. February 18, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

---

Albert S. KOENIG v. Nathan VIDAVER and ano. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Application denied, with $10 costs. Order signed.

---

Julius KRAMER and ano. v. Benjamin FLEISCHER. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Motion denied, with leave to renew, on the ground that the moving papers are insufficient to establish a default under rule 41, and therefore that the notice of motion as given was insufficient. Order filed.

---

Matter of Richard KRAUSE, an attorney. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Motion granted. Settle order on notice.

---

Jehkab KRISHKAN v. The NEW YORK SAVINGS BANK. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Application denied, with $10 costs. Order signed.

---

Edward J. KUECHLE v. J. Parker SLOANE et al. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Motion denied, with $10 costs. Order filed.

---

Max A. KURTEN, respondent, v. Valentine OSTER and Creszens Oster, defendants; the City of New York, appellant. (Supreme Court, Appellate Division, Second Department. January 14, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

---

Max A. KURTEN, respondent, v. Valentine OSTER and another, defendants; the City of New York, appellant. (Supreme Court, Appellate Division, Second Department. February 11, 1916.) Motion for leave to appeal to the Court of Appeals denied.

---

LALANCE & GROSJEAN MFG. CO. v. BROOKLYN HEIGHTS R. R. CO. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Application denied, with $10 costs. Order signed.

---

LANDAY BROS., Inc., v. Charles BISCOW. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Application denied, with $10 costs. Order signed.

---

Solomon LASHINSKY, Respt., v. BOARD OF EDUCATION OF THE CITY OF N. Y., Applt. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Order, so far as appealed from, reversed, with $10 costs and disbursements, and motion to that extent denied. No opinion. Order filed.

---

LAWYERS' TITLE INSURANCE & TRUST COMPANY, respondent, v. Samuel G. LOCKWOOD, appellant. (Supreme Court, Appellate Division, Second Department. January 14, 1916.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Stapleton, Rich, and Putnam, JJ., concur.

---

LAWYERS' TITLE INSURANCE & TRUST COMPANY, respondent, v. Samuel G. LOCKWOOD, appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1916.) Motions denied, without costs.

---

Daniel J. LEARY, Applt., v. Frederick GELLER, as ex'r, Respt. (Supreme Court, Appellate Division, First Department. March 17, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

---

George LEASK et al., as surviving trustees, etc., Respts., v. Marion D. BEACH et al., as ancillary ex'rs, etc., Respts., and Ella D. Garside et al., Applts. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.